

SECRET

## UNITED STATES DISTRICT COURT
### DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
| --- | --- |
| v. | No: 1:26-cr-00019-SDN |
| KELLY STROUT | |

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (False Statements Made to Federal Firearms Licensee)

On about March 29, 2022, in the District of Maine, the defendant,

### KELLY STROUT,

knowingly made false statements and representations to a Federal Firearms Licensee (FFL), FFL 1, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the FFL 1's records. Specifically, the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in connection with her purchase of an SCCY Industries, CPX-1, 9mm pistol, bearing serial number C217125 and a Smith & Wesson, M&P 380 pistol, bearing serial number RFP2470.

In the Form 4473, the defendant misrepresented as true, correct, and complete in Section B, Box 10, that she resided in Damariscotta, when in fact, the defendant resided in Augusta; Section B, Box 21.a, that she was the actual buyer of the firearms, when in fact, she purchased the firearms on behalf of another person; and Section B, Box 21.e, that she was not an unlawful user of, or addicted to, any controlled substance,

1

when in fact, the defendant was then an unlawful user of cocaine, a Schedule II controlled substance.

Thus, the defendant violated Title 18, United States Code, Sections 924(a)(1)(A).

## COUNT TWO
### (False Statements Made to Federal Firearms Licensee)

On about August 24, 2022, in the District of Maine, the defendant,

## KELLY STROUT,

knowingly made false statements and representations to a Federal Firearms Licensee (FFL), FFL 1, licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the FFL 1's records. Specifically, the defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in connection with her purchase of a Taurus International, GX4, 9mm pistol, bearing serial number 1GA50581.

In the Form 4473, the defendant misrepresented as true, correct, and complete in Section B, Box 10, that she resided in Damariscotta, when in fact, the defendant resided in Augusta; Section B, Box 21.a, that she was the actual buyer of the firearm, when in fact, she purchased the firearm on behalf of another person; and Section B, Box 21.e, that she was not an unlawful user of, or addicted to, any controlled substance, when in fact, the defendant was then an unlawful user of cocaine, a Schedule II controlled substance.

Thus, the defendant violated Title 18, United States Code, Sections 924(a)(1)(A).

**COUNT THREE**
**(False Statements Made to Federal Firearms Licensee)**

On about August 30, 2022, in the District of Maine, the defendant,

**KELLY STROUT,**

knowingly made false statements and representations to a Federal Firearms Licensee

(FFL), FFL 2, licensed under the provisions of Chapter 44 of Title 18, United States

Code, with respect to information required by the provisions of Chapter 44 of Title 18,

United States Code, to be kept in the FFL 2's records. Specifically, the defendant

executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives

Form 4473, Firearms Transaction Record, in connection with her purchase of a Smith &

Wesson, 15-22 pistol, bearing serial number WAM3532.

In the Form 4473, the defendant misrepresented as true, correct, and complete

in Section B, Box 10, that she resided in Damariscotta, when in fact, the defendant

resided in Augusta; Section B, Box 21.a, that she was the actual buyer of the firearm,

when in fact, she purchased the firearm on behalf of another person; and Section B, Box

21.e, that she was not an unlawful user of, or addicted to, any controlled substance,

when in fact, the defendant was then an unlawful user of cocaine, a Schedule II

controlled substance.

Thus, the defendant violated Title 18, United States Code, Sections 924(a)(1)(A).

## FORFEITURE NOTICE

Upon conviction of the offense in Counts One, Two, or Three of this Indictment, the defendant,

## KELLY STROUT

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense. The property to be forfeited includes, but is not limited to:

a. SCCY Industries, CPX-1, 9mm pistol, bearing serial number C217125;

b. Smith & Wesson, M&P 380 pistol, bearing serial number RFP2470;

c. Taurus International, GX4, 9mm pistol, bearing serial number 1GA50581; and

d. Smith & Wesson, 15-22 pistol, bearing serial number WAM3532

If any of the property described above as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendant –

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek

4

forfeiture of any other property of the defendant up to the value of the property described above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____

Assistant United States Attorney

Date: _____2/11/26_____

5