AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Maine

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.    1:26-cr-00019-SDN |
| | ) | |
| | ) | |
| KELLY STROUT | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KELLY STROUT
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ❑ Complaint
❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ☑ Order of the Court

This offense is briefly described as follows:

Violation of Order Setting Condition(s) of Release; 18:3148

Date and time issued:    7:21 pm, Mar 22 2026

City and state:    Bangor , ME

*Judge's signature*

John C Nivison  U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 3/22/2026, and the person was arrested on *(date)* 3/24/2026 at *(city and state)* Augusta, Maine . |
| Date: 3/24/2026 |
| *Arresting officer's signature* |
| Cloysm N. Miller |
| *Printed name and title* |